MARK D. RAFAILOVICH, Appellant, *v.* VICTOR J. SUDMAN et al., Individually and as Copartners under the Name of BLACK DIAMOND STEAMSHIP Co., Respondents.

Argued May 17, 1944; decided June 14, 1944.

*John W. Crandall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.